ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2011 NOV 14  AM 9: 34

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § 3-11CR-326-B |
| | § |
| THOMAS ROUSSIN | § |

## WAIVER OF INDICTMENT

I, **Thomas Roussin**, the above named defendant, who is accused of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

In making this waiver, the defendant represents that he understands that he has the right to have the case presented to a Federal Grand jury which consists of not more than 23, nor less than 16 citizens of the Northern District of Texas, 12 of whom must vote in favor of an indictment before such indictment is returned or "true billed." The defendant also represents that he understands that such right may be waived, and has discussed the waiver of this right with counsel who has explained the consequences of such waiver, and that he voluntarily, knowingly, and intelligently waives the right to have the case presented to the

**Waiver of Indictment - Page 1**

Federal Grand Jury.

Signed this __10__ day of __November__, 2011.

_____        _____
THOMAS ROUSSIN                              CALVIN JOHNSON
Defendant                                            Attorney at Law


Affirmed in open Court this ____ day of _____, 2011.


_____
UNITED STATES MAGISTRATE JUDGE