ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 NOV 14  AM 9:36

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3-11CR-326-B |
| | § | |
| THOMAS ROUSSIN | § | [To Be Filed Under Seal] |

SEALED

**PLEA AGREEMENT SUPPLEMENT**

Thomas Roussin (the defendant), Doug Morris, (the defendant's attorney), and the United States of America (the government), agree there are no additional terms to the Plea Agreement in the above-captioned case.

AGREED TO AND SIGNED this 10 day of November 2011.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
THOMAS ROUSSIN
Defendant

_____
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8794
Facsimile: 214.767.2846

_____
CALVIN JOHNSON
Attorney for Defendant
Texas State Bar No. 24032596

_____
LINDA GROVES
Deputy Criminal Chief

Plea Agreement Supplement - Roussin-Page 1

I have read (or had read to me) this Plea Agreement Supplement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_[signature]_                                          11/16/11
THOMAS ROUSSIN                                         Date
Defendant

I am the defendant's counsel. I have carefully reviewed every part of this Plea Agreement Supplement with the defendant. To my knowledge and belief, my client's decision to enter into this Plea Agreement is an informed and voluntary one.

_[signature]_                                          11/10/11
CALVIN JOHNSON                                         Date
Attorney for Defendant